

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00099-CV

Alfredo Meneses **VELA**,
Appellant

v.

Maria Guadalupe **VELA**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16603CCL
Honorable Christopher G. Nevins, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by June 30, 2022. On July 21, 2022, this court notified appellant the brief was late and instructed appellant to file a response in writing within ten days stating a reasonable explanation for failing to timely file the brief and demonstrate he is taking affirmative steps to remedy the deficiency.

On August 8, 2022, appellant filed a pro se response stating he is incarcerated and needs more time. We GRANT the request for more time and ORDER appellant to file, **no later than September 7, 2022**, his brief and a written response reasonably explaining (1) his failure to timely file the brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by September 7, 2022, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court